IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Holliday, Ronnie T

Printed: 3/11/08

Case Number: 07 B 22067
Judge: Wedoff, Eugene R
Filed: 11/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Aurora Loan Service | Secured | 0.00 | 0.00 |
| 2. | Resurgent Capital Services | Secured | 0.00 | 0.00 |
| 3. | Resurgent Capital Services | Secured | 0.00 | 0.00 |
| 4. | Aurora Loan Service | Secured | 0.00 | 0.00 |
| 5. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 7. | Wellgroup Health Partners | Unsecured | 0.00 | 0.00 |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

